```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    MARK SHERMAN
 7

 8

 9                   IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,     ) No. 2:06-cr-00391-MCE
                                  )
13              Plaintiff,        ) AMENDED STIPULATION AND ORDER
                                  ) CONTINUING STATUS CONFERENCE
14       v.                       ) AND EXCLUDING TIME
                                  )
15  MARK SHERMAN,                 )
                                  ) Date:  October 31, 2006
16              Defendant.        ) Time:  8:30 a.m.
    _____) Judge: Hon. Morrison C. England
17
```

18     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
19 of America, and defendant, Mark Sherman, through their respective
20 attorneys, that the status conference scheduled for October 31 may be
21 continued to November 21, 2006, at 8:30 a.m.

22     Defense counsel received discovery two days ago and has yet to have
23 time to review it himself or with Mr. Sherman.  In order to have time to
24 review discovery and determine how best to proceed, the parties agree
25 that the status conference may be continued three weeks and that time
26 under the Speedy Trial Act may be excluded from the date of this order
27 /////
28 /////

trough November 21, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender

Dated:  October 30, 2006          /s/ T. Zindel
                                                TIMOTHY ZINDEL
                                                Assistant Federal Defender
                                                Attorney for MARK SHERMAN

                                                McGREGOR SCOTT
                                                United States Attorney

Dated:  October 30, 2006          /s/ T. Zindel for S. Lapham
                                                R. STEVEN LAPHAM
                                                Assistant U.S. Attorney

**O R D E R**

The status conference is continued to November 21, 2006, at 8:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through November 21, 2006.

IT IS SO ORDERED.

Dated: October 30, 2006

                                                MORRISON C. ENGLAND, JR
                                                UNITED STATES DISTRICT JUDGE