```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    MARK SHERMAN
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0391-MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING** |
| | ) | **STATUS CONFERENCE AND EXCLUDING** |
| v. | ) | **TIME** |
| | ) | |
| MARK SHERMAN, | ) | |
| | ) | Date: November 21, 2006 |
| Defendant. | ) | Time: 8:30 a.m. |
| _____ | ) | Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Mark Sherman, through their respective attorneys, that the status conference scheduled for November 21 may be continued to November 28, 2006, at 8:30 a.m.

The parties believe it is likely they will resolve Mr. Sherman's case in a formal, written agreement in the next few days. However, because there is no chance that a written agreement will be prepared in time for the November 21 status conference, the parties agree that the status conference may be continued one week and that time under the Speedy Trial Act may be excluded from the date of this order through

1  November 28, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and
2  (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: November 17, 2006                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for MARK SHERMAN

                                        McGREGOR SCOTT
                                        United States Attorney

Dated: November 17, 2006                /s/ T. Zindel for S. Lapham
                                        R. STEVEN LAPHAM
                                        Assistant U.S. Attorney

**O R D E R**

The status conference is continued to November 28, 2006, at 8:30 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through November 28, 2006.

IT IS SO ORDERED.

Dated: November 22, 2006

                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE

2