DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARK SHERMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. 2:06-cr-0391-MCE |
| ) | |
| Plaintiff,    ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE AND EXCLUDING** |
| v.              ) | **TIME** |
| ) | |
| MARK SHERMAN,                    ) | |
| ) | Date: November 28, 2006 |
| Defendant.   ) | Time: 8:30 a.m. |
| _____ ) | Judge: Hon. Morrison C. England |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Mark Sherman, through their respective attorneys, that the status conference scheduled for November 28 may be continued to December 5, 2006, at 8:30 a.m.

   The parties believe it is likely they will resolve Mr. Sherman's case in a formal, written agreement in the next few days. However, because there is no chance that a written agreement will be prepared in time for the November 28 status conference, the parties agree that the status conference may be continued one week and that time under the

Speedy Trial Act may be excluded from the date of this order through December 5, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: November 27, 2006            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for MARK SHERMAN

                                    McGREGOR SCOTT
                                    United States Attorney


Dated: November 27, 2006            /s/ T. Zindel for S. Lapham
                                    R. STEVEN LAPHAM
                                    Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to December 5, 2006, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through December 5, 2006.

IT IS SO ORDERED.

DATED: November 28, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2